UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM JEFFREY MOORE, *et al.*,

    Defendants.

Case No. 2:10-CV-00285
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

## ORDER

The Court will hold a **TELEPHONE STATUS CONFERENCE** on **FRIDAY MAY 3, 2013** at **10:00 a.m.** to address scheduling for the remainder of this case.

**IT IS SO ORDERED.**

\_\_5-1-2013\_\_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE