UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM JEFFREY MOORE, *et al.*,

    Defendants.

Case No. 2:10-CV-00285
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

### ORDER

The Court will hold an in-chambers **STATUS/SETTLEMENT CONFERENCE** on **THURSDAY JULY 18, 2013** beginning at **10:00 a.m.** The parties should refer to the Court's March 28, 2013 Order Setting Trial Date and Settlement Conference for detailed instructions—including Confidential Assessment instructions—for the Settlement Conference. As addressed within that Order, parties or principals with settlement authority shall be present at the conference.

**IT IS SO ORDERED.**

6-5-2013
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE