UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM JEFFREY MOORE, *et al.*,

    Defendants.

Case No. 2:10-CV-00285
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Mark R. Abel

### ORDER

This matter came before the Court for a telephone status conference on August 27, 2013. As discussed at the status conference, at this time the case is stayed and removed from the list of active cases. Either of the parties may request reactivation if the case is ready for further proceedings. The parties may reactivate the case upon notice to the Court and to the other parties.

**IT IS SO ORDERED.**

8-27-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE