**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


UNITED STATES OF AMERICA,

      Plaintiff,

                              **Case No. 2:10-cv-285**
      v.                   **JUDGE EDMUND A. SARGUS, JR.**

WILLIAM JEFFREY MOORE, et al.,

      Defendants.


## ORDER


This matter is before the Court on the Plaintiff's Motion to Reactive this case.  (ECF No. 38.)  This motion is **GRANTED**.  A telephone conference is scheduled for Monday, April 10, 2023 at 2:00 p.m.  The parties are directed to call 888-684-8852 and enter the access code 9586353# and the conference security code 0285.

      **IT IS SO ORDERED.**


4/5/2023                                 s/Edmund A. Sargus, Jr.
DATE                                    EDMUND A. SARGUS, JR.
                                            UNITED STATES DISTRICT JUDGE